Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  16–26351–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.
Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Frank DelliGatti
  aka Francesco DelliGatti
  29 W. Park Blvd.
  Collingswood, NJ 08108

Social Security No.:
  xxx–xx–7762

Employer's Tax I.D. No.:

---

### NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/23/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 23, 2017
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-26351-ABA
Frank DelliGatti                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Feb 23, 2017
                              Form ID: 148             Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2017.
db              +Frank DelliGatti,   29 W. Park Blvd.,    Collingswood, NJ 08108-3341
aty             +Phelan Hallinan Diamond & Jones, PC,   400 Fellowship Road,   Suite 100,
                  Mount Laurel, NJ 08054-3437
cr              +PHH MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                  Mt. Laurel, NJ 08054-3437
lm              +PHH Mortgage,   4001 Leadenhall Road,   Mount Laurel, NJ 08054-4611
516358336       +Anne C. Delligati,   29 W. Park Blvd.,    Collingswood, NJ 08108-3341
516411821       +Harley-Davidson Credit Corp.,   PO Box 9013,   Addison, Texas 75001-9013
516358339        Merchantville Country Club,   501 Chapel Avenue,   Merchantville, NJ 08109
516559842       +PHH MORTGAGE CORPORATION,   1 MORTGAGE WAY, MAILSTOP: SBRP,    MT. LAUREL, NJ 08054-4624
516559818       +PHH MORTGAGE CORPORATION,   1 MORTGAGE WAY, MAIL STOP SV01,    MT. LAUREL, NJ 08054-4637
516358340       +PHH Mortgage,   Mortgage Service Center,   4001 Leadenhall Road,   Mount Laurel, NJ 08054-4611
516358341       +PHH Mortgage,   c/o Phelan, Hallinan, Diamond & Jones PC,   400 Fellowship Road,   Suite 100,
                  Mount Laurel, NJ 08054-3437
516462608      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,   Division of Taxation,   PO BOX 245,
                  Trenton, NJ 08695)


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 23 2017 22:35:13     U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 23 2017 22:35:11     United States Trustee,
                  Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
516358337       +EDI: WFNNB.COM Feb 23 2017 22:08:00     Comenity Captial/Gamestop,   P.O. Box 182120,
                  Columbus, OH 43218-2120
516489771       +EDI: IRS.COM Feb 23 2017 22:08:00     Department of Treasury,   Internal Revenue Service,
                  P O Box 7346,   Philadelphia, PA 19101-7346
516358338       +E-mail/Text: bankruptcy.notices@hdfsi.com Feb 23 2017 22:35:47     Harley Davidson Credit,
                  P.O. Box 21829,   Carson City, NV 89721-1829
516470480        EDI: Q3G.COM Feb 23 2017 22:08:00     Quantum3 Group LLC as agent for,   Comenity Capital Bank,
                  PO Box 788,   Kirkland, WA  98083-0788
                                                                     TOTAL: 6


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516462607*      +IRS,   PO BOX 7346,   Philadelphia, PA 19101-7346
                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2017 at the address(es) listed below:
        Andrew B. Finberg    on behalf of Debtor Frank  DelliGatti andy@sjbankruptcylaw.com,
         ABFECF@gmail.com
        Denise E. Carlon    on behalf of Creditor    Harley-Davidson Credit Corp dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
        James Patrick Shay    on behalf of Creditor    PHH MORTGAGE CORPORATION
         james.shay@phelanhallinan.com
        Joni L. Gray    on behalf of Debtor Frank  DelliGatti joni@sjbankruptcylaw.com,   jgrayecf@gmail.com

District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Feb 23, 2017
                              Form ID: 148              Total Noticed: 18


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Nicholas V. Rogers    on behalf of Creditor    PHH MORTGAGE CORPORATION nj.bkecf@fedphe.com
                                                                            TOTAL: 6